UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE:  BK NO. 05-25383

EDDIE LEE & ESSIE LEE JACKSON
     Debtor(s)

--------------------------------------------------------

#6966
2/25/10
$161.43

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    Columbia Credit Services
    1731 Howe Avenue #360
    Sacramento CA  95825

2. Your Trustee's check for $161.43 payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: February 23, 2010
     Rochester, NY            /s/_____
                                         GEORGE M. REIBER, TRUSTEE



FILED FEB 25 2010 BANKRUPTCY COURT ROCHESTER, NY